No. 1324. RAILROAD RETIREMENT BOARD ET AL. *v.* DUQUESNE WAREHOUSE Co.; and

No. 1338. DUQUESNE WAREHOUSE Co. *v.* RAILROAD RETIREMENT BOARD ET AL. June 11, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit and to the United States Court of Appeals for the District of Columbia, respectively, granted. *Assistant Solicitor General Cox, Messrs. Myles F. Gibbons, Frank L. Mulholland, Clarence M. Mulholland* and *Willard H. McEwen* for petitioners in No. 1324. *Messrs. George R. Allen, John S. Flannery* and *R. Aubrey Bogley* for petitioner in No. 1338. Reported below: 148 F. 2d 473.

No. 1245. OKIN *v.* SECURITIES & EXCHANGE COMMISSION. See *ante,* p. 840.

No. 1383. COY *v.* UNITED STATES. See *ante,* p. 841.

No. 1272. UNITED STATES *v.* PETTY MOTOR Co.;

No. 1273. UNITED STATES *v.* BROCKBANK;

No. 1274. UNITED STATES *v.* GRIMSDELL, DOING BUSINESS AS GROCER PRINTING Co.;

No. 1275. UNITED STATES *v.* WIGGS, DOING BUSINESS AS CHICAGO FLEXIBLE SHAFT Co.;

No. 1276. UNITED STATES *v.* INDEPENDENT PNEUMATIC TOOL Co.;

No. 1277. UNITED STATES *v.* GALIGHER COMPANY; and

No. 1278. UNITED STATES *v.* GRAY-CANNON LUMBER Co. June 18, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Assistant Solicitor General Cox* for the United States. *Mr. Charles D. Moore* for respondents. Reported below: 147 F. 2d 912.